RECEIVED
OCT 23 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EDUARDO HERRERO-SERRANO, Petitioner | CIVIL DOCKET NO. 1:19-CV-461-P |
| VERSUS | JUDGE DRELL |
| CHRIS McCONNELL, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED for lack of subject matter jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Herrero-Serrano's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 23RD day of October, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE